```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 42600
   VALERIE D BURTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2693

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/16/2004 and was confirmed 01/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED            1200.00          .00         1200.00
GB HOME EQUITY             CURRENT MORTG          .00          .00             .00
GB HOME EQUITY             MORTGAGE ARRE     6553.73          .00         6553.73
CHARTER ONE BANK           FILED LATE         722.51          .00             .00
CHECK INTO CASH INC        UNSEC W/INTER   NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER      780.00       104.56          780.00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      945.73       126.89          945.73
FINGERHUT                  UNSEC W/INTER   NOT FILED          .00             .00
FINGERHUT                  NOTICE ONLY    NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      671.42        83.88          671.42
MASTER CARD                UNSEC W/INTER   NOT FILED          .00             .00
SIR FINANCE                UNSEC W/INTER     1292.00       173.46         1292.00
CITY OF CHICAGO WATER DE   SECURED NOT I     269.05          .00             .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,544.00                     2,544.00
TOM VAUGHN                 TRUSTEE                                          902.95
DEBTOR REFUND              REFUND                                            77.38

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              15,456.00

PRIORITY                                      .00
SECURED                                  7,753.73
UNSECURED                                3,689.15
   INTEREST                                488.79
ADMINISTRATIVE                           2,544.00
TRUSTEE COMPENSATION                       902.95
DEBTOR REFUND                               77.38
                     ---------------    ---------------
TOTALS               15,456.00           15,456.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 42600 VALERIE D BURTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 42600 VALERIE D BURTON